CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 4 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-QAHIRA JIHAD AL-MATEEN BAKRA, <br>     Plaintiff, | Civil Action No. 7:15-cv-00565 |
| v. | **MEMORANDUM OPINION** |
| DEPT. OF SOCIAL SERVICES, et al., <br>     Defendants. | By:   Hon. Jackson L. Kiser <br>        Senior United States District Judge |

Al-Qahira Jihad Al-Mateen Bakra[1], a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 naming the Department of Social Services and the Commonwealth of Virginia as defendants. Neither the Commonwealth of Virginia nor its administrative department is a proper "person" for purposes of § 1983. Will v. Michigan Dep't of State Police, 491 U.S. 58, 70 (1989). Accordingly, I dismiss the complaint without prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) for pursuing a meritless legal theory against these entities. See, e.g., Neitzke v. Williams, 490 U.S. 319, 327 (1989).

ENTER: This 4th day of December, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[1] Bakra was formerly known as Mark Edward Robinson.