

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 4 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-QAHIRA JIHAD AL-MATEEN BAKRA,<br>    Plaintiff, | Civil Action No. 7:15-cv-00565 |
| v. | **ORDER** |
| DEPT. OF SOCIAL SERVICES, <u>et al.</u>,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This _____ day of December, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge